IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YOUNG YIL JO, | ) | 8:13CV176 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SIX UNKNOWN NAMES AGENTS, | ) | |
| and MR. PRESIDENT OF THE | ) | |
| UNITED STATES BARACK | ) | |
| OBAMA, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner Young Yil Jo's Notice of Appeal. (Filing No. 2.) Petitioner appeals the Order to Return Original Submission that was entered on May 31, 2013. (Filing No. 1.) Petitioner filed a Notice of Appeal on June 10, 2013. (Filing No. 3.) The Notice of Appeal is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B). However, Petitioner has not submitted an application to proceed in forma pauperis on appeal or paid the appellate filing fee. The court will provide Petitioner the opportunity to do so.

IT IS THEREFORE ORDERED that:

1. Petitioner's Notice of Appeal is deemed timely filed.

2. Petitioner shall have until **July 12, 2013**, in which to either pay the $455.00 appellate filing fee or submit a motion for leave to proceed in forma pauperis on appeal and a copy of his inmate trust account statement.

3. The Clerk of the court shall send to Petitioner the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

4. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: July 12, 2013: Deadline to submit IFP on appeal or pay filing fee.

DATED this 11th day of June, 2013.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.